UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENAIDA MACIAS PEÑA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:25-cv-01294-BAM<br><br>**ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED <u>IN</u> <u>FORMA</u> <u>PAUPERIS</u>**<br><br>(Doc. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　　On October 1, 2025, Plaintiff Senaida Macias Pena ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

　　　　Plaintiff reports that her gross pay or wages are approximately $3,092.75 per month. (Doc. 2 at 1.) Plaintiff reports that two individuals are dependent on Plaintiff for support. (*Id.* at 2.)

　　　　Having considered the application, the Court requires additional information to determine

1

if Plaintiff is entitled to proceed *in forma pauperis* in this action. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is requested to clarify the name, address, and nature of her employment, as well as the number of individuals in her household. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

    Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: **October 2, 2025**     /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE