# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENAIDA MACIAS PEÑA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-01294-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED<br><br>(Docs. 2, 4)<br><br>**FOURTEEN (14) DAY DEADLINE** |

On October 1, 2025, Plaintiff Senaida Macias Pena ("Plaintiff"), filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). On October 2, the Court ordered Plaintiff to file a long form application to proceed *in forma pauperis* on the basis that Plaintiff's application was insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action. (Doc. 3.) On October 17, 2025, Plaintiff filed a long form application to proceed *in forma pauperis*. (Doc. 4.)

According to Plaintiff's application, she receives total monthly income from IHSS in the amount of $3,092.75 per month. (*Id.* at 2.) This amounts to an annual income of $37,113

1

($3,092.75 x 12 months = $37,113).  Plaintiff lists her daughter as a dependent (*id*. at 3) and notes that her husband is also dependent on her for support.  (Doc. 2 at 2.)

"To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life." *Soldani v. Comm'r of Soc. Sec.*, No. 1:19-cv-00040, 2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019).  Many courts look to the federal poverty guidelines set by the United States Department of Health and Human Services ("HHS") as a guidepost in evaluating in forma pauperis applications. *See Martinez v. Kristi Kleaners, Inc*., 364 F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv*., No. 1:18-cv-01163-LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1, 2018) (applying federal poverty guidelines to *in forma pauperis* application).  For a family or household of three, the 2025 poverty guideline is $26,650.  *See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain Federal Programs*, available at https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines (last visited October 20, 2025).

Having considered Plaintiff's application, the Court finds that Plaintiff has not made the showing required by section 1915 that she is unable to pay the required fees for this action.  Plaintiff's household estimated annual income exceeds that of the federal poverty guidelines.  In light of this, there is no indication that Plaintiff is unable to pay the filing fee while also providing for the necessities of life.  Accordingly, the Clerk of the Court is HEREBY DIRECTED to randomly assign a District Judge to this action.

Furthermore, it is HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed without prepayment of fees and costs (Docs. 2, 4) be DENIED; and

2. Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within **fourteen (14) days** after being served with these Findings and Recommendations, the parties may

file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  **Objections, if any, shall not exceed fifteen (15) pages or include exhibits.  Exhibits may be referenced by document and page number if already in the record before the Court.  Any pages filed in excess of the 15-page limit may not be considered.**  The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 20, 2025**            /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE

3