UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENAIDA MACIAS PENA,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.  1:25-cv-01294-KES-BAM<br><br>ORDER DENYING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AS PREMATURE<br><br>(Doc. 8) |

   Plaintiff Senaida Macias Pena ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security on October 1, 2025.  (Doc. 1.)  Plaintiff did not pay the filing fee and instead has sought leave to proceed *in forma pauperis*.  (*See* Docs. 2, 4.)  On October 20, 2025, the Court issued findings and recommendations that recommended Plaintiff's applications to proceed *in forma pauperis* be denied and Plaintiff be required to pay the $405.00 filing fee to proceed with this action.  (Doc. 6.)  The findings and recommendations remain pending.

   Currently before the Court is the parties' stipulation for the Commissioner of Social Security to have an extension of time to respond to Plaintiff's complaint.  (Doc. 8.)  The request is premature.  Plaintiff has not paid the filing fee, leave to proceed *in forma pauperis* has not been granted, new case documents and a scheduling order have not been issued, the Clerk of the Court has not been directed to issue summons, and service under the Court's E-Service program has not

been ordered. The Commissioner of Social Security is therefore not currently required to respond to the complaint. Accordingly, the parties' stipulation requesting an extension of time for the Commissioner of Social Security to respond to Plaintiff's complaint is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:   **November 21, 2025**              /s/ *Barbara A. McAuliffe*              
                                            UNITED STATES MAGISTRATE JUDGE