**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SENAIDA MACIAS PEÑA, | Case No. 1:25-cv-01294 KES FRS (EPG) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S APPLICATIONS TO PROCEED IN FORMA PAUPERIS |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | (Docs. 2, 4, 6) |
| Defendant. | |

Senaida Macias Peña seeks judicial review of a final decision of the Commissioner of the Social Security Administration and requested to proceed in forma paupers in this matter.  Doc. 1; Docs. 2, 4.  The magistrate judge found the information provided regarding the household income demonstrated that Peña is financially capable of paying the fee.  Doc. 6 at 1-2.  Thus, the magistrate judge recommended the court deny the applications to proceed in forma pauperis and direct Peña to pay the filing fee in full.  *Id.* at 2.

The court served the findings and recommendations on Peña informed her that objections were due within 14 days.  Doc. 6 at 2.  The court also informed Peña that failure to file objections by the deadline may result in the waiver of rights on appeal.  *Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).  She did not file any objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the court conducted a de novo review of this case.  Having carefully reviewed the matter, the court concludes that the findings and

1

recommendations are supported by the record and by proper analysis.  Thus, the court **ORDERS**:

    1.    The findings and recommendations issued on October 20, 2025 (Doc. 6) are **ADOPTED** in full.

    2.    The pending requests to proceed in forma pauperis (Docs. 2, 4) are **DENIED**.

    3.    Within 30 days of the date of service of this order, plaintiff **SHALL** pay the $405.00 filing fee in full.

If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed for failure to prosecute and failure to comply with the court's order.

IT IS SO ORDERED.

Dated:    February 10, 2026

_____
UNITED STATES DISTRICT JUDGE

2