UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENAIDA MACIAS PENA,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.  1:25-cv-01294-KES-FJS

ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE

(ECF No. 11)

FOURTEEN-DAY DEADLINE

Plaintiff Senaida Macias Pena ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security on October 1, 2025. (ECF No. 1.) Plaintiff did not pay the filing fee and instead has sought leave to proceed *in forma pauperis*. (*See* ECF Nos. 2, 4.) On October 20, 2025, the Court issued findings and recommendations that recommended Plaintiff's applications to proceed *in forma pauperis* be denied and Plaintiff be required to pay the $405.00 filing fee to proceed with this action. (ECF No. 6.)

On February 10, 2026, United States District Judge Kirk E. Sherriff issued an order adopting in full the Court's October 20, 2025, findings and recommendations and denying Plaintiff's motion to proceed *in forma pauperis*. (ECF No. 11.) Judge Sherriff's order directed Plaintiff, within thirty (30) days from the date of his order, to pay the $405.00 filing fee in full. (*Id.*) Judge Sherriff warned that failure to pay the filing fee within the specified time will result in

1

a dismissal of this action for failure to prosecute and failure to comply with the Court's order. (*Id.*) Plaintiff did not pay the filing fee by the Court's deadline or otherwise attempt to communicate with the Court regarding the status of this action.

Accordingly, within fourteen (14) days from the date of this Order, Plaintiff is ORDERED to SHOW CAUSE as to why this action should not be dismissed without prejudice for Plaintiff's failure to timely pay the filing fee and Plaintiff's failure to obey a court order. Alternatively, Plaintiff may pay the filing fee and this Order to Show Cause will be discharged. Failure to comply with this Order may be grounds for imposition of sanctions, including dismissal.

IT IS SO ORDERED.

Dated:   **April 21, 2026**   _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2