UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENAIDA MACIAS PENA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　　Defendant. | Case No.  1:25-cv-01294-KES-FJS<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER<br><br>(ECF No. 13) |

On April 21, 2026, the Court issued an order to show cause as to why this case should not be dismissed for Plaintiff's failure to timely pay the filing fee and Plaintiff's failure to obey a court order. (ECF No. 13.) In the alternative, the Court permitted Plaintiff additional time to pay the filing fee and the order to show cause would be discharged. (*Id.*)

On April 28, 2026, Plaintiff timely paid the $405.00 filing fee. Accordingly, IT IS HEREBY ORDERED as follows:

1. The April 21, 2026, order to show cause (ECF No. 13) is HEREBY DISCHARGED;

2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order; and

3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of

Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2