UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SENAIDA MACIAS PEÑA, | Case No. 1:25-cv-01294-KES-FJS |
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATION FOR AN EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 20) |
| Defendant. | |

Pursuant to the parties' stipulation (ECF No. 20) and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment and supporting briefing <u>shall be filed on or before August 28, 2026</u>.

IT IS SO ORDERED.

Dated:  **July 6, 2026**

_____
UNITED STATES MAGISTRATE JUDGE